

**The DeHaan Law Firm P.C.**

JOHN W. DeHAAN, ESQ.
WWW.DEHAAN-LAW.COM

Mail: P.O. Box 5248 ■ Hauppauge, New York 11788 ■ 631.582.1200
Office: 746 Merrick Road ■ Baldwin, New York 11510

**MEMO ENDORSED**

November 25, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/26/2025

**Via ECF & Email**
Email: ALCarterNYSDChambers@nysd.uscourts.gov
Hon. Andrew L. Carter, Jr., U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    **Meadows v. Comm'r of Soc. Sec.**
> **Docket No.: 1:24-CV-08746-ALC**

Dear Judge Carter:

I represent the plaintiff, Timothy Meadows, in the above-referenced matter seeking review of the Commissioner's denial of Social Security benefits. Padma Ghatage from the Office of General Counsel represents the Commissioner.

In accordance with Your Honor's Individual Practice Rules, I write follow up on my November 10, 2025, letter (ECF 13), which itself was sent to (a) follow up on my September 12, 2025, letter request (on consent) a new briefing schedule; and (b) to confirm that the October 2, 2025, Amended Standing Order M10-468 (the "Stay"), issued by Chief Judge Swain and staying all actions in which the U.S. Attorneys' Office has appeared as counsel for the United States and its agencies, applies to this action.

In my September 12, 2025, letter (ECF 12), I requested the following changes to the motion briefing schedule:

|  | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff to Serve/File Motion | Sept. 26, 2025 | **Oct. 21, 2025** |
| Defendant to Serve/File Response | Oct. 26, 2025 | **Dec. 15, 2025** |
| Plaintiff to Serve/File Reply | Nov. 9, 2025 | **Dec. 29, 205** |

As stated in that request, scheduling conflicts and personal family issues made it impossible for me to comply with the earlier deadline. Specifically, my 93 year old mother, who lived with my family, was very ill, and since that request was made, she was in and out of the hospital 3 times. The last hospitalization led to her being admitted to hospice care, and she passed away on November 15,

**THE DEHAAN LAW FIRM P.C.**                                               Page 2 of 2

Hon. Andrew L. Carter, Jr., U.S. District Judge
United States District Court
Re:     *Meadows v. Comm'r of Soc. Sec.*
         *Docket No.: 1:24-CV-08746-ALC*
November 25, 2025

2025. As a result of these personal issues, I had not realized that Your Honor never ruled on my September 12, 2025, request for an extension of the briefing schedule, and I apologize for this oversight.

In the interim, Chief Judge Swain's Order staying actions against the government was implemented. Had Your Honor granted my September 12th request, the briefing schedule would have been extended as follows:

|  | Deadline | New Deadline |
| --- | --- | --- |
| Plaintiff to Serve/File Motion | Oct. 21, 2025 | **Dec. 25, 2025** |
| Defendant to Serve/File Response | Dec. 15, 2025 | **Feb. 18, 2026** |
| Plaintiff to Serve/File Reply | Dec. 29, 2025 | **March 4, 2026** |

My motion papers are fully drafted and ready to serve/file, but I wanted to confirm with Your Honor that the requested briefing schedule, as altered by Chief Judge Swain's Order, was acceptable. As a result, I have not yet served/filed Plaintiff's Motion for Judgment on the Pleadings, although I am prepared to file them immediately upon direction of this Court.

Thank you for Your Honor's consideration of this correspondence.

                                        Respectfully submitted,
                                        **THE DEHAAN LAW FIRM P.C.**
                          By:     /s/ *John W. DeHaan*
                                        John W. DeHaan, Esq.
                                        jdehaan@dehaan-law.com

cc:     Padma Ghatage, OGC (Via ECF)

Counsel has the Court's sincere condolences and may move the Court for further extensions if needed while grieving. The proposed revised briefing schedule outlined above is GRANTED.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
November 26, 2025